SWORDS, administratrix, etc., v. EDGAR *et al.,* appellants.

*Negligence — liability of lesser — defective pier.*

Defendants leased a pier to another party, the lessee agreeing to keep the same in repair. At the time of leasing there was a defect in the pier, in consequence of which plaintiff's intestate received the injury whereof he died. The accident happened after the lessees had taken possession. *Held,* that defendants were liable for such injury. *Fish* v. *Dodge,* 4 Denio, 311 ; *Moody* v. *Mayor of New York,* 43 Barb. 282; *Davenport* v. *Ruckman,* 37 N. Y. 568.

*Man & Parsons,* for appellants.

*E. S. Caldwell,* for respondent.

BRADY, J.

THIS case has been before the general term previously, and a new trial granted. (44 How. 139). The opinion contains only a review of the proceedings at the re-trial and a brief expression of the principle enunciated in the head note. It is believed unnecessary to publish it at length.

The jury at the trial found in favor of the plaintiff for $3,500 damages, for which judgment was entered.

*Judgment affirmed.*